UNITED STATES of America,
Plaintiff–Appellee

v.

TUNG THANH NGUYEN, also
known as Sammy Nguyen,
Defendant–Appellant.

No. 11–11113
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

**660**

PER CURIAM: *

Tung Thanh Nguyen argues that the 12-month sentence of imprisonment imposed upon revocation of his term of supervised release violates *Tapia v. United States,* — U.S. ——, 131 S.Ct. 2382, 180 L.Ed.2d 357 (2011) because the sentencing court selected the sentence based on the court's belief that Nguyen needed drug rehabilitation. Nguyen was released from prison on October 12, 2012, therefore any argument that his prison term should be reduced is moot. *United States v. Rosenbaum-Alanis,* 483 F.3d 381, 382 (5th Cir.2007). DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

